# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STEVE P. BIERER,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  1:21-cv-01382-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 13) |
|---|---|

On May 2, 2022, the parties filed a stipulation requesting the deadline for Plaintiff to file an opening brief be extended by a period of less than twenty-one (21) days.  (ECF No. 13.)  The Court finds good cause to grant the requested extension.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the deadline to file Plaintiff's opening brief is extended until May 23, 2022.

IT IS SO ORDERED.

Dated:   **May 3, 2022**

UNITED STATES MAGISTRATE JUDGE

1